**Anthony G. HARRIS, Receiver of Mobile Insurance Company, Plaintiff and Appellant,**

v.

**Robert BRIGGS and Intermountain General Agency, Inc., Defendants and Respondents.**

No. 16841.

Supreme Court of Utah.

Dec. 2, 1980.

The list of appearances of counsel for the report of this opinion, 621 P.2d 1244, is corrected as follows:

Jerry R. Kennedy of Christensen, Jensen, Kennedy & Powell, Salt Lake City, and Christopher M. Maisel, Austin, Texas, for plaintiff and appellant.

Lambertus Jansen, Salt Lake City, for defendants and respondents.